**SEALED**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

2008 NOV -3 PM 4: 52

OFFICE OF THE CLERK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | 4:08CR3146 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | SEALED |
| | ) | ORDER |
| ROBERT MARKS, | ) | |
| Defendant. | ) | |

The Motion of the United is hereby granted and it is further ordered that the Memorandum to unseal indictment, Sealed Motion to Seal, and this order, are hereby sealed.

BY THE COURT:

David L. Piester
United States Magistrate Judge