IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.  4:08CR3146 |
| | ) | |
| ROBERT MARKS, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

THIS MATTER comes before the Court on defendant's Unopposed Motion to Extend the Deadline for Filing Pretrial Motions and Trial, filing no. 20, from January 16, 2009, until February 27, 2009, and continue the jury trial now set for February 2, 2009, for approximately 30 days thereafter.  The Court, being fully advised in the premises, and noting that the Government has no objection, finds that said motion should be granted.

IT IS THEREFORE ORDERED that the defendant shall file any pretrial motions in the above captioned matter no later than Friday, February 27, 2009 and the trial is continued to the 9th day of March, 2009, at 9:00 a.m.  This Court further finds that, based upon the showing set forth in defendant's Motion, the ends of justice will be served by extending the deadline for filing pretrial motions and continuing the trial.  Further, that taking such action outweighs the best interests of the public and the defendant in a speedy trial.  Accordingly, the time from January 16, 2009, until the new date set for trial, shall be excluded from any speedy trial calculation pursuant to 18 U.S.C. §3161(h)(8)(A).

Dated this 16th day of January, 2009.

BY THE COURT

s/ David L. Piester

David L. Piester
United States Magistrate Judge