# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.  4:08CR3146 |
| | ) | |
| ROBERT MARKS, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

THIS MATTER comes before the Court on defendant's Unopposed Motion to Extend the Deadline for Filing Pretrial Motions and Trial, filing no. 24, from February 27, 2009, until March 30, 2009, and continue the jury trial now set for March 9, 2009, for approximately 60 days thereafter.  The Court, being fully advised in the premises, and noting that the Government has no objection, finds that said motions should be granted.

IT IS THEREFORE ORDERED that the defendant shall file any pretrial motions in the above captioned matter no later than Monday, March 30, 2009 and the trial is continued until the 11th day of May, 2009, at 9:00 a.m.  This Court further finds that, based upon the showing set forth in defendant's Motion, the ends of justice will be served by extending the deadline for filing pretrial motions and continuing the trial.  Further, that taking such action outweighs the best interests of the public and the defendant in a speedy trial.  Accordingly, the time from February 25, 2009, until the new date set for trial, shall be excluded from any speedy trial calculation pursuant to 18 U.S.C. §3161(h)(8)(A).

Dated this 26th day of February, 2009.

BY THE COURT

s/ *David L. Piester*

David L. Piester
United States Magistrate Judge