IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>  )<br>  Plaintiff,   )<br>  )<br>v.   )<br>  )<br>ROBERT MARKS,   )<br>  )<br>  Defendant.   )   | Case No.  4:08CR3146 |

**ORDER**

THIS MATTER comes before the Court on defendant's Unopposed Motion to Extend the Deadline for Filing Pretrial Motions and Trial, filing no. 33, from April 13, 2009, until May 11, 2009, for filing pretrial motions and to continue the jury trial now set for May 11, 2009, for approximately 60 to 90 days thereafter.  The Court, being fully advised in the premises, and noting that the Government has no objection, finds that said motions should be granted.

IT IS THEREFORE ORDERED that the defendant shall file any pretrial motions in the above captioned matter no later than Monday, May 11, 2009, and the trial in this case shall be continued until the 13th day of July, 2009, at 9:00 a.m.  This Court further finds that, based upon the showing set forth in defendant's Motion, the ends of justice will be served by extending the deadline for filing pretrial motions and continuing the trial.  Further, that taking such action outweighs the best interests of the public and the defendant in a speedy trial.  Accordingly, the time from the date of this filing, until the new date set for trial, shall be excluded from any speedy trial calculation pursuant to 18 U.S.C. §3161(h)(8)(A).

Dated this 14th day of April, 2009.

BY THE COURT

s/ *David L. Piester*

David L. Piester
United States Magistrate Judge