IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Case No. 4:08CR3146 |
| ROBERT MARKS, | ) ) ) |
| Defendant. | ) |

### ORDER

THIS MATTER comes before the Court on defendant's Unopposed Motion to Extend the Deadline for Filing Pretrial Motions, filing no. 36, from May 11, 2009, for approximately 45 days.  The Court, being fully advised in the premises, and noting that the Government has no objection, finds that said motion should be granted.

IT IS THEREFORE ORDERED that the defendant shall file any pretrial motions in the above captioned matter no later than the 26th day of June, 2009.

This Court notes that the speedy trial time has been tolled from April 14 until July 13, 2009.  See, filing 34.  Thus, no further Order related to tolling the speedy trial time because of defendant's motion to continue his deadline for filing pretrial motions is necessary.

Dated this 11th day of May, 2009.

BY THE COURT

s/ David L. Piester
David L. Piester
United States Magistrate Judge