IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:08CR3146 |
| | ) | |
| v. | ) | |
| | ) | |
| ROBERT MARKS, | ) | MEMORANDUM AND ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

The defendant is charged with violating 18 U.S.C. § 2252(a)(2) by knowingly receiving through interstate commerce visual depictions of child pornography. (Filing No. 1). The court entered an order imposing electronic monitoring and a curfew as conditions of defendant's release pending trial. (Filing No. 15). The defendant has moved to remove these conditions, arguing that to the extent the Adam Walsh Amendments to the Bail Reform Act mandate electronic monitoring and imposition of a curfew whenever the defendant is charged under 18 U.S.C. § 2252(a)(2), the Adam Walsh Amendments are unconstitutional. (Filing No. 27).

Magistrate Judge Piester entered an order staying the defendant's motion to remove conditions of release pending my rulings on the appeals filed in United States v. Merritt, 4:09cr3009 and United States v. Rueb, 4:09cr3006, both of which likewise challenged the constitutionality of the home confinement and electronic monitoring provisions of the Adam Walsh Amendments. (Filing No. 31). Those rulings have now been entered. See, United States v. Rueb, 4:09cr3006, filing no. 38, and United States v. Merritt, 4:09cr3009, filing no. 42.

Accordingly,

IT IS ORDERED that on or before June 24, 2009, the parties shall either file a joint stipulation, or their separate briefs outlining their respective positions, on defendant's motion to remove conditions of release in light my rulings in [United States v. Rueb, 4:09cr3006, filing no. 38](), and [United States v. Merritt, 4:09cr3009, filing no. 42]().

DATED this 17th day of June, 2009.

BY THE COURT:

*s/Richard G. Kopf*
United States District Judge