IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | 4:08CR3146 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| ROBERT MARKS, | ) | |
| | ) | |
| Defendant. | ) | |

    IT IS ORDERED that the government's motion to continue, (filing no. 48), is granted, and the government's response to the defendant's motion to suppress shall be filed on or before August 21, 2009.

    DATED this 17th day of August, 2009.

                                    BY THE COURT:

                                    *Richard G. Kopf*
                                  United States District Judge