IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:08CR3146 |
| | ) | |
| V. | ) | |
| | ) | |
| ROBERT MARKS, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

For the reasons stated from the bench,

IT IS ORDERED that the motion to suppress (filing 45), to the extent that it related to statements given by the defendant, is denied.

DATED this 15th day of September, 2009.

BY THE COURT:

*Richard G. Kopf*
United States District Judge