IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:08CR3146 |
| | ) | |
| V. | ) | |
| | ) | |
| ROBERT MARKS, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

On joint oral motion of the parties,

IT IS ORDERED that:

(1) The parties are given until December 1, 2009 to make arrangements for a forensic examination of the computers that were seized in this case. My judicial assistant shall arrange a conference call with counsel shortly after December 1, 2009 to discuss further trial scheduling.

(2) With the agreement of the lawyers and the defendant, the time between today's date and December 1, 2009 is excluded from computation under the Speedy Trial Act in the interests of justice and to afford the defendant an opportunity to engage in a forensic examination. *See* 18 U.S.C. § 3161.

DATED this 15th day of September, 2009.

BY THE COURT:

*Richard G. Kopf*
United States District Judge