IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:08CR3146 |
| | ) | |
| v. | ) | |
| | ) | |
| ROBERT MARKS, | ) | MEMORANDUM AND ORDER |
| | ) | |
| Defendant. | ) | |

Based on the representations at the arraignment on defendant's superseding arraignment,

IT IS ORDERED:

1) The defendant's unopposed oral motion to continue trial is granted.

2) The trial of this case is set to commence at 9:00 a.m. on July 19, 2010 for a duration of four trial days. Jury selection will be at the commencement of trial.

3) Based upon the representations of defense counsel, the Court further finds that the ends of justice will be served by continuing the trial; and that the purposes served by continuing the trial date in this case outweigh the interest of the defendant and the public in a speedy trial. Accordingly, the time between today's date and July 19, 2010 shall be excluded for speedy trial calculation purposes. 18 U.S.C. § 3161(h)(7).

DATED this 7th day of May, 2010.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge