IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 4:08CR3146 |
| ) | |
| ROBERT MARKS, ) | |
| ) | |
| Defendant. ) | |

### ORDER

THIS MATTER comes before this Court on Mr. Marks' Unopposed Motion to Continue the Deadline for Filing a Variance Brief, filing 97. The Court, being fully advised in the premises and noting that the government has no objection, finds that said motion should be granted.

IT IS THEREFORE ORDERED that Marks shall file his variance brief no later than Thursday, February 17, 2011.

Dated February 10, 2011.

BY THE COURT:

*Richard G. Kopf*
United States District Judge