IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATED OF AMERICA, | ) | |
| | ) | Case No. 4:08CR3146 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| ROBERT MARKS, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

THIS MATTER comes before the Court on defendant's Motion to Withdraw, filings 104 and 105.  The Court, being fully advised in the premises, finds that said motion should be granted.

IT IS THEREFORE ORDERED that Assistant Federal Public Defender John C. Vanderslice and the Federal Public Defender's office shall be permitted to withdraw as counsel of record for Mr. Marks.

The Clerk is further ordered to discontinue sending ECF notices in this case to Attorney Vanderslice following this Order.

Dated this 22nd day of February, 2011.

BY THE COURT:

s/ *Cheryl R. Zwart*
U.S. Magistrate Judge