UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | 4:08CR3146 |
| ) | |
| vs. ) | **FINAL ORDER OF** |
| ) | **FORFEITURE** |
| ) | |
| ROBERT MARKS, ) | |
| ) | |
| Defendant. ) | |

NOW ON THIS 13th day of June, 2011, this matter comes on before the Court upon the United States' Motion for Final Order of Forfeiture. The Court reviews the record in this case and, being duly advised in the premises, finds as follows:

1. On December 6, 2010, the Court entered a Preliminary Order of Forfeiture pursuant to the provisions of Title 18, United States Code, Sections 2252(a)(2) and 2253, based upon the Defendant's plea of guilty to Counts I and III of the Superseding Indictment filed herein. By way of said Preliminary Order of Forfeiture, the Defendant's interest in the following property:

    a. Toshiba lap top, model #Satellite A205, Serial #67110792Q. Investigators removed the battery, Serial #PA3534U1BRS;

    b. Generic CPU with no serial number;

    c. Compaq lap top computer, Serial #1456VQUN2V18D2822J9F. The lap top is missing its foldout screen;

    d. E Machine, Model #T3100, Serial #QAS1750003172;

    e. Linksys broad ban router with a power cord, Serial #CGT00E135068;

    f. Quantum Fireball hard disc drive, Serial #PN-SP-012340-12541-13H-14YD;

   g. Gateway ATX, Serial #0018759012, no serial number was listed,

was forfeited to the United States.

  2. Notice of Criminal Forfeiture was posted on an official internet government forfeiture site, www.forfeiture.gov, for at least thirty consecutive days, beginning on Decemb 21, 2010, as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions. A Declaration of Publication was filed herein on February 23, 2011 (Filing No. 109).

  3. The Court has been advised by the United States no Petitions have been filed. From a review of the Court file, the Court finds no Petitions have been filed.

  4. The Plaintiff's Motion for Final Order of Forfeiture should be sustained.

  IT IS THEREFORE ORDERED, ADJUDGED AND DECREED as follows:

A. The Plaintiff's Motion for Final Order of Forfeiture is hereby sustained.

B. All right, title and interest in and to the properties listed in paragraph 1 above, held by any person or entity, are hereby forever barred and foreclosed.

C. The properties listed in paragraph 1 above are hereby forfeited to the United States of America.

D. The United States Marshal for the District of Nebraska is directed to dispose of said properties in accordance with law.

Dated June 13, 2011.

         BY THE COURT:

         *Richard G. Kopf*
         United States District Judge